JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Mendoza,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UPS Ground Freight, Inc, et al,<br><br>　　　　Defendant(s). | SACV 18-00111-JVS(DFMx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: March 18, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　　United States District Judge